No. 80–5081.   SANDOVAL *v.* ARIZONA.   Ct. App. Ariz.   Certiorari denied.

No. 80–5082.   TILLI *v.* CAPABIANCO ET AL.   C. A. 3d Cir. Certiorari denied.

No. 80–5086.   VANDERDOES *v.* ST. CLAUDE GENERAL HOSPITAL OF NEW ORLEANS, LTD.   Ct. App. La., 4th Cir.   Certiorari denied.

No. 80–5087.   VANDERDOES *v.* OCHSNER CLINIC ET AL.   Ct. App. La., 4th Cir.   Certiorari denied.

No. 80–5088.   GOODLEY *v.* UNITED STATES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 80–5090.   SEALE *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 80–5091.   REED *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 80–5092.   KING *v.* MASSACHUSETTS.   Ct. App. Mass. Certiorari denied.

No. 80–5094.   ALFORD *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.   Certiorari denied.

No. 80–5095.   PRAZAK *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 80–5097.   BURNETT *v.* ILLINOIS.   C. A. 7th Cir.   Certiorari denied.

No. 80–5100.   CARTERA *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 80–5102.   WINKLE *v.* GRAND NATIONAL BANK.   Sup. Ct. Ark.   Certiorari denied.